Porto Rico Fertilizer Company, Peticionaria, *v.* Rossy, Juez de Distrito, Demandado, y Gandía, Interventor.

Solicitud para que se expida un auto de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 2ª., en pleito sobre cobro de dividendos y otros extremos.

No. 201.—Resuelto en diciembre 14, 1917.

Certiorari—Sucesivas Actuaciones de las Partes—Cuestión Académica.— Cuando por virtud de sucesivas actuaciones de las partes en el pleito y especialmente del peticionario, que constituyen una renuncia de cualquier derecho al recurso de *certiorari*, la situación legal cambia de tal modo que nada queda por resolver excepto una cuestión académica, el auto expedido debe ser anulado.

Los hechos están expresados en la opinión.

Abogados del peticionario: *Sres. Cayetano Coll y Cuchí y Eugenio Benítez Castaño.*

El juez demandado no compareció.

Abogado del interventor: *Sr. José de Guzmán Benítez.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Se trata de una solicitud de *certiorari*, entre las mismas partes realmente interesadas que en el caso de *Gandía* v. *Texidor* que acabamos de resolver. Creemos que las sucesivas actuaciones de las partes en aquel caso y especialmente las de la demandada presentando a la corte varias mociones, constituyeron una renuncia de cualquier derecho que pudiera tener ésta a la expedición del auto. En todo caso la situa-

ción legal ha cambiado de tal modo que nada nos queda por
resolver, excepto una cuestión académica, y por tanto el auto
de *certiorari* expedido debe ser anulado.

> *Sin lugar la solicitud y anulado el auto de cer-*
> *tiorari expedido.*

Jueces concurrentes: Sres. Asociados del Toro y Hutchi-
son.

Los Jueces Sres. Presidente Hernández y Asociado Al-
drey no intervinieron.